# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-732

TO: Jesse Nicholson   SBI#: 133626

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 5, 2005

FILED OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| april | 13.13 |
| may | 15.13 |
| June | 1.51 |
| July | 12.41 |
| aug | 30.08 |
| sept | 5.20 |

Average daily balances/6 months: 13.01

Attachments
CC: File

Stacy Shane
10/5/05

Notary public
10/6/05

CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __1.20__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__.

I further certify that during the past six months the applicant's average monthly balance was $ __1301__ and the average monthly deposits were $ __3417__.

__N5/05__                     __Stacy Shane__
Date                          Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*