EXHIBIT A

Case 1:05-cv-00732-SLR     Document 2-2     Filed 10/14/2005     Page 1 of 2

DR # 100
9075

Date: 4-28-04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☒ Class I (Major)   ☐ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: Nicholson, Jesse H.   SBI#: 00-133626
Institution: Delaware Correctional Center   Hearing Date: 8/H   Time: 1310

Inmate Present: ☒ Yes   ☐ No

Reason (If No): _____

Violation: POC #400
Inmate Plea: NG
Inmate Statement: F/M claims items not his. States he did this to help cellie out. Accuse denies any knowledge. Accuse was told of letter. H/o read letter, accuse snatched
Witness Name: letter out of H/o hands, he immediately started to
Testimony: ripping it up. Ordered him to give it to H/o. H/o stood up, grabbed accuse arm, that point H/o was
Witness Name: in H/o brother away. H/o again tried to get accuse.
Testimony: I/M (other) went down on floor. Off called for back up. Lt F. Dixon responded. Cuffs were placed on accuse.
Witness Name: Witness Nathaniel Anderson #14110 - denied - due to Acc-
Testimony: use behavior at hearing. I/M Anderson was also Chg. with offense. Found N.G. due to letter write to H/o Oma. B + Nicholson verbal admit
Decision: ☒ Guilty   ☐ Not Guilty   ☐ Further Investigation       tame
Rational: I/M found guilty of poss of paraph. (not dang. cont.)    to H/o
and fail to obey an order (which is viol. of insti. policy)
H/o verbal evid.

Sanctions: (15) fifteen days CTQs

Hearing Officer's Signature: S/Lt S.H. Williams Jr.

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☒ I do intend to appeal.
☐ I do not intend to appeal.

Sign unavail due to accuse behavior at hearing.
Inmate's Signature

### ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal       ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified         ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____

Form 121 – May 30, 2003 – 2 pt. NCR   DACS