EXHIBIT B

| Disciplinary# | DCC - Delaware Correctional Center | Date: 04/22/2004 |
|---|---|---|
| 1009075 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1    **Housing Unit:** Bldg D-EAST    **IR#:** 1011184

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00133626 | Nicholson, Jesse H J | DCC | D-WEST | 04/20/2004 | 14:30 |

**Violations:** 1.18/200.218 Possession of Dangerous Contraband, 2.06/200.108 Failing to Obey an Order    *13 days after the fact*

**Witnesses:** 1. N/A    2. N/A    3. N/A

*4-8-04*

### Description of Alleged Violation(s)

On 04/20/2004 Inmate Nicholson, Jessie #00133626 Admitted That The Contraband That Was Found In Reference To Incident 1010825 Was In Fact His. Inmate Nicholson Admitted This To St/Lt Williams As Well As Putting It In Writing. Saee Letter Attached T Incident Report.

**Reporting Officer:** Macchiarelli, Joseph J (Staff Lt./Lt)

### Immediate Action Taken

**Immediate action taken by:** Macchiarelli, Joseph J -Staff Lt./Lt

404 And 122 Written

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Heverin, Ralph (Shift Commander - Large Inst.)
**Comments:** Inmate Referred To Mab

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

Heverin, Ralph (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** 04/22/04    **TIME:** 1415    and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** *H. Bradley A. Lee, Jr.*
LT. BRADLEY A. LEE, JR.

**Offender:** _____
Nicholson, Jesse H J

*200.111, 200.219 → Possession of Paraphernalia*
*John Coventry*
*Possession of Non Dangerous Contraband*

Page 1 of 1