EXHIBIT D

| DR# 1009075 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 08/27/2004 |
|---|---|---|

Inmate : Nicholson, Jesse H J                    SBI#: 00133626        Type: Class 1

Institution: DCC Delaware Correctional Center    Hearing Date: 04/28/2004    Time: 13:10

# MEMORANDUM

To    : Nicholson, Jesse H J

From : Chief, Bureau of Prisons

RE    : APPEAL DECISION

1. **Confinement to Quarter**

   Your appeal                          [ ]   Accepted      [X]   Denied

   The decision of hearing              [X]   Affirmed      [ ]   Reversed    [ ]   Remanded for further proceedings

   The sanction imposed by hearing officer will  [X]   Remain as imposed by the Hearing Officer  [ ]   Reduced

   The basis of this decision is as follows :
   You deny accepting blame for the pipe. Yet you attempted to destroy the letter which contained that information. If you did not admit to the pipe, why would you attempt to destroy the letter? Your claim that the Hearing Officer made a fabricated statement is disputed by your admission.

Reviewing Officer: _____          Offender: _____
                   Rendina, Anthony J                              Nicholson, Jesse H J
                   (L5/Director Special Programs)