IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JESSE H. NICHOLSON, JR.**, : <br>  : <br> Petitioner : <br>  : <br> v. : <br>  : <br> **THOMAS CARROLL**, Warden, and : <br> **CARL C. DANBERG**, Attorney : <br> General of the State of Delaware, : <br>  : <br> Respondents : | Civ. Act. No. 05-732-SLR |

NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief (No. 227, 2005)

    b. State's Motion to Affirm (No. 227, 2005)

    c. Order (August 23, 2005 ) (No. 227, 2005).

                                            /s/ Elizabeth R. McFarlan
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French Street
                                            Wilmington, DE 19801
                                            (302) 577-8500
                                            Del. Bar. ID No. 3759
                                            elizabeth.mcfarlan@state.de.us

April 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on April 13, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

> Jesse H. Nicholson, Jr.
> SBI No. 133626
> Delaware Correctional Center
> 1181 Paddock road
> Smyrna, DE 19977

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us