IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESSE H. NICHOLSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | Civ. No. 05-732-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and CARL ) | |
| C. DANBERG, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Jesse H. Nicholson, Jr.'s application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability.

Dated: November 1, 2006

UNITED STATES DISTRICT JUDGE